**Opinion issued July 22, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

### NO. 01-11-00917-CV
_____

**MICHAEL ROBINSON, Appellant**

**V.**

**BLACK SIGMA, LLC, Appellee**

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Case No. 64769**

## MEMORANDUM OPINION

On June 27, 2014, Appellant Michael Robinson, filed a motion to voluntarily dismiss this interlocutory appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant included a certificate of conference, indicating that counsel for Appellee is not opposed to the motion. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). As requested by Appellant in his motion, costs of the appeal will be taxed against the party incurring the same. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.